UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN RAMOS,

          Plaintiff,

   v.

COUNTY OF SAN MATEO,

          Defendant.

Case No. 26-cv-04829-HSG

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 3

The Court DIRECTS Plaintiff TO SHOW CAUSE why Dkt. No. 3 Defendant's motion to dismiss should not be granted for failure to file a response to the motion by the June 11, 2026 deadline, or a statement of non-opposition as required by Civil L.R. 7-3(b). Alternatively, Plaintiff is DIRECTED TO SHOW CAUSE why the case should not be dismissed for failure to prosecute. Plaintiff shall file a statement of two pages or less by July 6, 2026.

     **IT IS SO ORDERED.**

Dated: 6/25/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California