UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN RAMOS,

          Plaintiff,

    v.

COUNTY OF SAN MATEO,

          Defendant.

Case No. 26-cv-04829-HSG

**ORDER TO SHOW CAUSE REGARDING MOTION TO DISMISS**

Re: Dkt. No. 3

The Court DIRECTS Defendant TO SHOW CAUSE why Dkt. No. 3 the motion to dismiss should not be terminated as moot in light of Dkt. No. 14, Plaintiff's amended complaint. Defendant shall file a statement of two pages or less by July 9, 2026.

**IT IS SO ORDERED.**

Dated: 7/2/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California