UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN RAMOS,

          Plaintiff,

     v.

COUNTY OF SAN MATEO,

          Defendant.

Case No. 26-cv-04829-HSG

**ORDER REMANDING CASE**

Plaintiff Kevin Ramos filed his original complaint in the Superior Court of California for San Mateo County on April 9, 2026, against Defendant County of San Mateo. Dkt. No. 2-1. Most relevant here, Plaintiff asserted two 42 U.S.C. § 1983 causes of action for violation of the Fourth and Fourteenth Amendments. *Id.* at 11–13. Defendant removed this action to federal court on the basis of federal question jurisdiction. *See* Dkt. No. 2.

On July 1, 2026, Plaintiff filed an amended complaint asserting only state law claims, having replaced his § 1983 claims with claims brought under the California Constitution. *See* Dkt. No. 14 at 13–21. Plaintiff's complaint states that "[t]he United States federal courts do not have jurisdiction because there are no federal questions." *Id.* at 2.[1] Defendant agrees and "requests that the Court remand the case to the Superior Court of San Mateo County because there is no longer federal claim jurisdiction." Dkt. No. 16 at 2.

"If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447(c). "When a plaintiff amends [his] complaint following [his] suit's removal, a federal court's jurisdiction depends on what the new

---

[1] In addition, both Plaintiff and Defendant appear to be California citizens, *see* Dkt. No. 14 at 1–2, and neither party has ever suggested that the Court has diversity jurisdiction.

United States District Court
Northern District of California

complaint says." *Royal Canin U. S. A., Inc. v. Wullschleger*, 604 U.S. 22, 30 (2025).  Since Plaintiff has "eliminate[d] the federal-law claims that enabled removal, leaving only state-law claims behind, the [C]ourt's power to decide the dispute [has] dissolve[d]." *Id.*  Accordingly, the Court **DIRECTS** the Clerk to remand this case back to the Superior Court of California for San Mateo County and close the file.

   **IT IS SO ORDERED.**

Dated:  7/10/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2